IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATRINA COTHRON, Individually and on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> WHITE CASTLE SYSTEM, INC. d/b/a WHITE CASTLE and CROSS MATCH TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 1:19-cv-00382 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Sidney I. Schenkier |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF JOHN KITCHURA

Now comes Defendant, Crossmatch, by its attorneys and submits this Unopposed Motion to Withdraw Appearance and in support states as follows:

1. John Kitchura is the Associate General Counsel for HID Global, the parent company of Crossmatch.

2. Crossmatch was previously a Defendant in this case but was voluntarily dismissed on April 12, 2019. (ECF 45).

3. Because Mr. Kitchura has an appearance on file, even though Crossmatch is no longer a Defendant, he still receives ECF filings.

4. Since Crossmatch is no longer a Defendant, there is no further need for Mr. Kitchura to continue to receive ECF notices and filings. Accordingly, Mr. Kitchura would like to withdraw his appearance as counsel for Crossmatch.

5. All parties agree to and do not oppose this Motion.

145375541.1

-2-

WHEREFORE, Mr. Kitchura requests that this court grant his Motion to Withdraw, order that his appearance in this matter be withdrawn and for such other and further relief the court deems necessary in the interest of justice.

Dated: August 16, 2019          CROSS MATCH TECHNOLOGIES, INC.,


By:  */s/ Debra R. Bernard*
      Debra R. Bernard

**PERKINS COIE LLP**
Debra R. Bernard (ARDC No. 6191217)
DBernard@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

Susan D. Fahringer, *admitted pro hac vice*
SFahringer@perkinscoie.com
Nicola C. Menaldo, *admitted pro hac vice*
NMenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 16, 2019, a copy of the foregoing was served via the Court's ECF filing system to:

Ryan F. Stephan
Andrew C. Ficzko
Stephan Zouras, LLP
100 N. Riverside, Suite 2150
Chicago, IL 60606
(312) 233-1550
Email: aficzko@stephanzouras.com
Email: rstephan@stephanzouras.com

Mary A. Smigielski
Alexander M Misakian
Lewis Brisbois
550 West Adams Street , Suite 300
Chicago, IL 60661
(312) 463-3377
Email: Mary.Smigielski@lewisbrisbois.com
Email: Alexander.Misakian@lewisbrisbois.com

Melissa Dunlap Palmisciano
White Castle System, Inc.
555 W. Goodale St
Columbus, OH 43215
(614) 559-2512
Email: palmiscm@whitecastle.com

    *s/Debra R. Bernard*

145375541.1