# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LATRINA COTHRON v. WHITE CASTLE SYSTEM, INC.

Case Number: 1:19-cv-00382

An appearance is hereby filed by the undersigned as attorney for:
WHITE CASTLE SYSTEM, INC.

Attorney name (type or print): Erin Bolan Hines

Firm: Shook Hardy & Bacon LLP

Street address: 111 S. Wacker Dr., Suite 4700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6255649
(See item 3 in instructions)

Telephone Number: (312) 704-7700

Email Address: ehines@shb.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 31, 2020

Attorney signature: S/ Erin Bolan Hines
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015