**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: LATRINA COTHRON v. WHITE CASTLE SYSTEM, INC.   Case Number: 1:19-cv-00382

An appearance is hereby filed by the undersigned as attorney for:
WHITE CASTLE SYSTEM, INC.

Attorney name (type or print): Benjamin E. Sedrish

Firm: Shook Hardy & Bacon LLP

Street address: 111 S. Wacker Dr., Suite 4700

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6308141
(See item 3 in instructions)

Telephone Number: (312) 704-7700

Email Address: bsedrish@shb.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case? ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 31, 2020

Attorney signature: S/ Benjamin E. Sedrish
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015