**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LATRINA COTHRON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-00382 |
| v. ) ) | Hon. John J. Tharp Jr. |
| WHITE CASTLE SYSTEM, INC. d/b/a WHITE CASTLE, ) ) ) | |
| Defendant. ) | |

**REPORT ON STATUS OF MEDIATION**

Pursuant to this Court's December 9, 2019 Order [Dkt. No. 94], the Parties are required to provide an update regarding the status of mediation. The Parties agreed to participate in a formal, full-day mediation with the Honorable Judge Stuart Palmer of JAMS in Chicago, Illinois. The mediation was scheduled for January 22, 2020. Prior to the mediation and in an effort to promote a productive mediation, the Parties agreed to establish negotiation parameters. After multiple communications and despite their best efforts, the Parties felt they were too far apart to have a productive mediation and, therefore, decided to cancel the mediation prior to incurring additional fees and expenses.

White Castle intends to file a motion to supplement or amend its Motion to Dismiss Plaintiff's Second Amended Class Action Complaint [Dkt No. 47].

Dated: February 7, 2020

Respectfully submitted,

*/s/ Andrew C. Ficzko*

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko

**Stephan Zouras, LLP**
100 North Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

**ATTORNEYS FOR THE PLAINTIFF**


*/s/ Melissa A. Siebert*


Melissa A. Siebert
Erin B. Hines
Benjamin E. Sedrish
**Shook, Hardy and Bacon, L.L.P.**
111 S. Wacker Drive, 51st Floor
Chicago, Illinois 60606
312-704-7700
312-558-1195 *f*
masiebert@shb.com
ehines@shb.com
bsedrish@shb.com

**ATTORNEYS FOR WHITE CASTLE SYSTEM, INC. d/b/a WHITE CASTLE**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on February 07, 2020, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Andrew C. Ficzko*