# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 14, 2023

To:  Thomas G. Bruton
   UNITED STATES DISTRICT COURT
   Northern District of Illinois
   Chicago, IL 60604-0000

|  |  |
|---|---|
| No. 20-3202 | LATRINA COTHRON,<br>         Plaintiff - Appellee<br><br>v.<br><br>WHITE CASTLE SYSTEM, INC.,<br>         Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-00382<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp, Jr. ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 224.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 09/14/2023 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**   (form ID: **135**)