# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 23, 2023

*Before*

DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 20-3202 | LATRINA COTHRON,<br>　　Plaintiff - Appellee<br><br>v.<br><br>WHITE CASTLE SYSTEM, INC.,<br>　　Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:19-cv-00382 |
| Northern District of Illinois, Eastern Division |
| District Judge John J. Tharp, Jr. |

　　The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)