IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATRINA COTHRON, individually and on behalf of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>WHITE CASTLE SYSTEM, INC. D/B/A WHITE CASTLE,<br><br>    Defendant. | No. 1:19-cv-00382<br><br>Hon. Judge John J. Tharp<br><br>Hon. Magistrate Judge Heather McShain |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 15, 2023 (dkt. 179), Plaintiff Latrina Cothron ("Plaintiff") and Defendant White Castle System, Inc. d/b/a White Castle ("Defendant"), by and through their undersigned counsel, submit this Joint Status Report with an update on the following:

**1. Progress of discovery.**

Complying with the December 15, 2023, scheduling order, the Parties exchanged their respective Rule 26(a)(1) disclosures by the January 9, 2024, deadline.

On December 18, 2023, Plaintiff issued written discovery, including interrogatories and requests for production of documents. On December 21, 2023, Plaintiff issued requests for admission. On January 20, 2024, Defendant provided its responses to Plaintiff's requests for admission. On January 24, 2024, Defendant provided its answers and responses to Plaintiff's interrogatories and requests for production of documents. Defendant made further productions of documents on January 9, 19, and 24, 2024. Plaintiff is currently in the process of reviewing Defendant's responses and document productions.

On January 9, 2024, Defendant issued written discovery, including interrogatories, requests for production of documents, and requests for admission. On January 25, 2024, Plaintiff provided her responses to Defendant's requests for admission, which Defendant is currently in the process of reviewing. Plaintiff is currently in the process of responding to Defendant's remaining written discovery.

**2. The status of settlement discussions.**

On March 6, 2023, following the decision by the Illinois Supreme Court, Plaintiff sent Defendant a settlement demand. Defendant rejected the demand. The Parties have not had any further settlement discussions.

**3. Any other issues the parties with to raise with the Court.**

Nothing at this time.

Dated: February 1, 2024                                          Respectfully submitted,

By: /s/ *Andrew C. Ficzko*                                       By: /s/ *Melissa A. Siebert*

Ryan F. Stephan (rstephan@stephanzouras.com)      Melissa A. Siebert (msiebert@cozen.com)
James B. Zouras (jzouras@stephanzouras.com)        Erin Bolan Hines (ebolanhines@cozen.com)
Andrew C. Ficzko (aficzko@stephanzouras.com)      Max Kaplan (mkaplan@cozen.com)
Danielle M. Sweet (dsweet@stephanzouras.com)         (*pro hac vice*)
STEPHAN ZOURAS                                     COZEN O'CONNOR
222 W. Adams Street                                123 North Wacker Drive
Suite 2020                                         Suite 1800
Chicago, IL 60606                                  Chicago, IL 60606
Tel: (312) 233-1550                                Telephone: 312.474.4491
Facsimile: 312.233.1560                            Facsimile: 312.300.5863

*Counsel for Plaintiffs*                           *Counsel for Defendant White Castle System, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 1, 2024, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<em>/s/ Andrew C. Ficzko</em>