## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Latrina Cothron

                          Plaintiff,

v.                                                Case No.: 1:19−cv−00382
                                                  Honorable John J. Tharp Jr.

White Castle System, Inc., et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

        MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of the parties'
joint status report [196], an in−person hearing on the anticipated motion for preliminary
approval of the settlement agreement is set for 04/25/2024 at 10 a.m. in Courtroom 2303.
Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.